### UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

---

**MARY LOUISE TAYLOR**

    **PLAINTIFF**                          **JUDGMENT IN A CIVIL CASE**

**VS**

**STANDARD INSURANCE COMPANY**        **CASE NO: 08-2585-V**

   **DEFENDANTS**

---

**DECISION BY COURT.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.**

**IT IS SO ORDERED AND ADJUDGED that in accordance with the Order On Standard's Counterclaim/Third-Party Complaint and Remanding Cause Of Action, entered on February 19, 2009, this cause is remanded to the Chancery Court of Shelby County, Tennessee for the Thirtieth Judicial District at Memphis.**

**APPROVED:**

**s/Diane K. Vescovo**
**DIANE K. VESCOVO**
**UNITED STATES MAGISTRATE JUDGE**

**February 20, 2009**               **Thomas M. Gould**
**Date**                           **Clerk of Court**

                            **s/Betty Guy**
                            **(By)  Deputy Clerk**