# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT TENNESSEE

THOMAS M. GOULD
CLERK OF COURT

MEMPHIS (901) 495-1200
FAX (901) 495-1250
JACKSON (731) 421-9200
FAX (731) 421-9210

WESTERN DIVISION

February 24, 2009

Dewun R. Settle
Chancery Court Clerk and Master
140 Adams Ave., Ste. 308
Memphis, TN  38103

CH-08-1463-1

RE: **MARY LOUISE TAYLOR**
    Plaintiffs

-v-                              Case No. 08cv2585-V

**STANDARD INSURANCE COMPANY**
    Defendants.

Dear Clerk of Court:

The above styled action has been remanded to your Court per the Order..Remanding Cause of Action, entered by the Honorable S. Thomas Anderson on February 19, 2009.

Enclosed are certified copies of the Order and docket sheet, and copies of the docket entries. Please acknowledge receipt of same on copy of this letter and return to our office.

Sincerely,

THOMAS M. GOULD, Clerk
BY: s/Earline Grayer
    Deputy Clerk

RECEIVED ABOVE DOCUMENTS ON
25 day of February, 2009.
BY: Teuanen Hauer

242 FEDERAL BUILDING
167 N. MAIN STREET
MEMPHIS, TENNESSEE 38103

262 FEDERAL BUILDING
111 S. HIGHLAND
JACKSON, TENNESSEE 38301